## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott D. Montague | CHAPTER 13 |
| | BKY. NO. 19-15331 ELF |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Chimera REO 2018-NR1 LLC and index same on the master mailing list.

                                     Respectfully submitted,
                                   **/s/ Rebecca A. Solarz, Esq**
                                   Rebecca A Solarz, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322