# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 19-15331-ELF

SCOTT D. MONTAGUE

442 BROOKSIDE AVE

LOWER GWYNEDD, PA 19002-

       Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SCOTT D. MONTAGUE

    442 BROOKSIDE AVE

    LOWER GWYNEDD, PA 19002-

**Counsel for debtor(s), by electronic notice only.**
    VAUGHN A. BOOKER ESQ
    1420  WALNUT STREET  STE 815

    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

       /s/ William C. Miller

Date: 11/4/2019

       _____
       William C. Miller, Esquire
       Chapter 13 Standing Trustee