# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15331-ELF

SCOTT D. MONTAGUE

442 BROOKSIDE AVE

LOWER GWYNEDD, PA 19002-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SCOTT D. MONTAGUE

    442 BROOKSIDE AVE

    LOWER GWYNEDD, PA 19002-

Counsel for debtor(s), by electronic notice only.

    VAUGHN A. BOOKER ESQ
    1420  WALNUT STREET  STE 815

    PHILADELPHIA, PA 19102-

Date: 11/7/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee