IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SCOTT D. MOTAGUE,<br>        Debtor,<br><br><br>CONSUMER PORTFOLIO SERVICEs, INC.<br><br>        Movant,<br><br>   v.<br><br>SCOTT D. MOTAGUE and<br>WILLIAM C. MILLER, Trustee,<br><br>        Respondents. | Bankruptcy No. 19-15331-elf<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the January 3, 2020, I served copies of the Motion for Relief from the Automatic Stay (filed at Document No. 28) and the Notice of Hearing (filed at Document No. 29) upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| Scott D. Motague<br>442 Brookside Ave<br>Lower Gwynedd, PA 19002-3402 | Vaughn A. Booker<br>Vaughn A. Booker Attorney at Law<br>1420 Walnut Street, Suite 815<br>Philadelphia, PA 19102 |

| | |
|---|---|
| William C. Miller<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135