IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> SCOTT D. MOTAGUE, <br>       Debtor, <br><br><br> CONSUMER PORTFOLIO SERVICEs, INC. <br><br>       Movant, <br><br> v. <br><br> SCOTT D. MOTAGUE and <br> WILLIAM C. MILLER, Trustee, <br><br>       Respondents. | Bankruptcy No. 19-15331-elf <br><br> Chapter 13 <br><br> Document No. |

ORDER OF COURT

AND NOW, this 30th day of January, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby **ORDERED**,

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc. in the 2014 BMW 5 Series Sedan 4D 528xi AWD 2.OL14 Turbo, VIN #WBA5A7C54ED615392.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

    **Order entered by default.**

 

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**