United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott D. Montague  
    Debtor

Case No. 19-15331-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: YvetteWD | Page 1 of 1 | Date Rcvd: Jan 31, 2020 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
db          Scott D. Montague,    442 Brookside Ave,    Lower Gwynedd, PA   19002-3402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
         KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         KEVIN M. BUTTERY    on behalf of Creditor    Chimera REO 2018-NR1 LLC kbuttery@rascrane.com
         REBECCA ANN SOLARZ    on behalf of Creditor    CHIMERA REO 2018-NR1 LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association et al... bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         VAUGHN A. BOOKER    on behalf of Debtor Scott D. Montague vbs00001@aol.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 19-15331-elf |
|---|---|
| SCOTT D. MOTAGUE,<br>　　　　Debtor, | Chapter 13 |
| | Document No. |
| CONSUMER PORTFOLIO SERVICEs, INC.<br><br>　　　　Movant,<br><br>　　v.<br><br>SCOTT D. MOTAGUE and<br>WILLIAM C. MILLER, Trustee,<br><br>　　　　Respondents. | |

## ORDER OF COURT

AND NOW, this 30th day of ___January___, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby **ORDERED**,

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc. in the 2014 BMW 5 Series Sedan 4D 528xi AWD 2.OL14 Turbo, VIN #WBA5A7C54ED615392.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

　　**Order entered by default.**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE