UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
SCOTT D. MONTAGUE

Chapter 13

Debtor

Bankruptcy No. 19-15331-ELF

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 18, 2020**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
VAUGHN A. BOOKER ESQ  
1420 WALNUT STREET STE 815

PHILADELPHIA, PA 19102-

Debtor:  
SCOTT D. MONTAGUE

442 BROOKSIDE AVE

LOWER GWYNEDD, PA 19002-