United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-15331-elf
Scott D. Montague                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD          Page 1 of 1              Date Rcvd: Mar 18, 2020
                            Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
```
db              Scott D. Montague,    442 Brookside Ave,    Lower Gwynedd, PA 19002-3402
cr             +Chimera REO 2018-NR1 LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14408735       +CHIMERA REO 2018-NR1 LLC,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Dept,
                 PO Box 619096,    Dallas, TX 75261-9096
14408676       +Chimera REO 2018-NR1 LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14404060       +Chimera REO 2018-NR1LLC,    c/o RAS Crane, LLC,    Attorney for Secured Creditor,
                 10700 Abbott's Bridge Road,    Suite 170,    Duluth, GA 30097-8461
14379643        Consumer Portfolio Services, Inc.,    PO Box 57099,    Irvine, CA 92619-7099
14379644        Moyer HVAC,    113 E Reliance Rd,    Souderton, PA 18964-1336
14379645        Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:21:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14414847       +E-mail/Text: bankruptcy@cavps.com Mar 19 2020 04:22:17     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14385273       +E-mail/Text: bankruptcy@consumerportfolio.com Mar 19 2020 04:22:13
                 Consumer Portfolio Services,    P.O Box 57071,    Irvine , CA 92619-7071
                                                                                               TOTAL: 5
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
```
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN M. BUTTERY     on behalf of Creditor    Chimera REO 2018-NR1 LLC kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CHIMERA REO 2018-NR1 LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association et al...
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Scott D. Montague vbs00001@aol.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
SCOTT D. MONTAGUE

Chapter 13

Debtor

Bankruptcy No. 19-15331-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 18, 2020**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
VAUGHN A. BOOKER ESQ  
1420 WALNUT STREET STE 815

PHILADELPHIA, PA 19102-

Debtor:  
SCOTT D. MONTAGUE

442 BROOKSIDE AVE

LOWER GWYNEDD, PA 19002-